UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 17 CR 239 |
| | ) | Judge Thomas M. Durkin |
| JESSICA O'BRIEN and | ) | |
| MARIA BARTKO | ) | |

**GOVERNMENT'S UNOPPOSED MOTION FOR TIME TO RESPOND TO DEFENDANT'S POST-TRIAL MOTIONS**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, respectfully files this unopposed motion for time requesting that the Court grant the government 7 additional days, to and including July 2, 2018, to respond to the defendant's post-trial motions, stating as follows:

1. On February 15, 2018, a jury convicted defendant Jessica O'Brien on all counts. The defendant filed several unopposed motions for extensions of time to file post-trial motions, which were granted, and ultimately filed the motions on May 21, 2018, more than three months after the verdict. The defense filing was 70 pages long.

2. The government's response is currently due on June 25, 2018. Given the extraordinary length of the defense filing, the need for the government to review at least portions of the trial transcript in order to respond, and the undersigned AUSA's responsibilities on other time-sensitive cases and investigations, the government respectfully requests 7 additional days to file its response.

3. Counsel for the defendant advised the government that the defense has

no objection to this motion. If the Court grants this motion, the government requests that the due date for the reply be moved back 7 days as well, which would make the reply due on August 1, 2018.

                              Respectfully submitted,
                              JOHN R. LAUSCH, Jr.
                              United States Attorney

By:    /s/ Matthew F. Madden
         MATTHEW F. MADDEN
         TYLER MURRAY
         Assistant United States Attorneys
         219 S. Dearborn Street, 5th Floor
         Chicago, IL   60604
         (312) 886-2050