# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

     Plaintiff,

v.           Case No.: 1:17−cr−00239

           Honorable Thomas M. Durkin

Maria Bartko, et al.

       Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 16, 2018:

  MINUTE entry before the Honorable Thomas M. Durkin:as to Maria Bartko, Sentencing reset for 10/16/2018 at 12:00 PM. Sentencing memorandums and objections to the presentence report are due by 9/28/2018. Responses are due by 10/5/2018. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.