**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                             Case No.: 1:17−cr−00239
                                                    Honorable Thomas M. Durkin

Maria Bartko, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 24, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:as to Maria Bartko, The 10/16/2018 sentencing date is vacated and reset for 12/18/2018 at 12:00 PM. Objections to the presentence report are due by 11/30/2018. Responses and sentencing memorandums are due by 12/7/2018. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.