# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                   Case No.: 1:17−cr−00239
                                                              Honorable Thomas M. Durkin

Maria Bartko, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 15, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:as to Maria Bartko, The 12/18/2018 sentencing date is vacated and reset for 2/8/2019 at 12:00 PM. Sentencing memorandums and objections to the presentence report are now due by 1/11/2019. Responses are due 1/22/2019. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.